IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

REX CLIFTON PAGE, II

        Appellant,

v.

        Case No.  5D23-27
        LT Case No. 16-2020-CF-003480-AXXX

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 17, 2023

Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Jessica J. Yeary, Public Defender,
and Kathryn Lane, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General,
and Darcy O. Townsend, Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.